## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CLOYD NATION**                                                                    **PLAINTIFF**
**ADC #144536**

**v.**                          **CASE NO: 2:16-CV-00134 BSM**

**DICKERSON, et al.**                                                      **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 5] has been reviewed.  No objections have been filed.  After reviewing the record, the PRD is adopted. Therefore, plaintiff Cloyd Nation's condition-of-confinement claims arising from his time in punitive isolation are dismissed, without prejudice.

IT IS SO ORDERED this 23rd day of November 2016.

_____
UNITED STATES DISTRICT JUDGE