IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CLOYD NATION,**                                                                               **PLAINTIFF**
**ADC #144536**

v.                     **CASE NO. 2:16-CV-00134 BSM**

**DICKERSON, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the orders addressing Nation's remaining claims [Doc. Nos. 33, 34], Nation's access to courts and failure to take corrective action claims are dismissed with prejudice.

DATED this 20th day of April 2017.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE